[No. 11020–9–I. Division One. March 12, 1984.]

BENJAMIN K. DAVIS, *Appellant,* v. NORM MALENG,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–14124–2, Francis E. Holman, J., entered October 27, 1981. *Dismissed* by unpublished per curiam opinion.

[No. 11081–1–I. Division One. March 12, 1984.]

JOHN M. BOURM, *Appellant,* v. LEONARD MUNKS,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 80–2–00889–3, Jack S. Kurtz, J., entered December 1, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen, J., and Johnsen, J. Pro Tem.

[No. 11413–1–I. Division One. March 12, 1984.]

RAYMOND G. JONES, ET AL, *Respondents,* v. THE
CITY OF ANACORTES, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 39442, Walter J. Deierlein, Jr., J., entered February 1, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, J., and Soderland, J. Pro Tem.